**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**DALE GOULD CUSTOM HOMES, INC.**                                         **PLAINTIFF**

        v.            Civil No. 05-2087

**TOMMY ROBERTS and JUDY ROBERTS**                                        **DEFENDANTS**

### O R D E R

Now on this 15th day of November, 2005, comes on for consideration plaintiff's **Suggestion Of Bankruptcy And Request For Continuance** (document #10), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and the discovery deadline and trial date in this matter are hereby continued, *sine die.* Plaintiff is directed to inform this Court, on or before January 2, 2006, whether the United States Bankruptcy Trustee – or the plaintiff itself – intends to proceed with the action, or desires that it be dismissed.

    **IT IS SO ORDERED.**

                                **/s/ Jimm Larry Hendren**
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**